

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00111-CR

Daniel **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5926
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant filed notification stating that the record taken by Bettina Williams is the only record necessary for this appeal and payment for this record has been made. It is therefore ORDERED that record taken by Bettina Williams shall be filed no later than May 5, 2016. The records taken by Roxanna Pena and Sandra Jackson shall not be filed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court